J Christopher Jorgensen
Nevada Bar No. 5382
Anona Su
Nevada Bar No. 16140
**WOMBLE BOND DICKINSON (US) LLP**
8488 Rozita Lee Avenue, Suite 400
Las Vegas, Nevada 89113
Tel: 702.949.8200
Chris.Jorgensen@wbd-us.com
Anona.Su@wbd-us.com

*Attorneys for Defendant Barclays Bank Delaware*

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| CINDY KALANI,<br><br>          Plaintiff,<br><br>    v.<br><br>EQUIFAX INFORMATION SERVICES, LLC; TRANS UNION LLC; EXPERIAN INFORMATION SOLUTIONS, INC.; BARCLAYS BANK DELAWARE; SYNCHRONY BANK DBA OLD NAVY DC AND AMERICAN EAGLE; DEPARTMENT STORES NATIONAL BANK DBA MACYS; VERIZON WIRELESS SERVICES, LLC; and AFFIRM, INC.,<br><br>          Defendants. | Case No.: 2:26-cv-00017<br><br>**STIPULATION TO EXTEND BARCLAYS BANK DELAWARE'S DEADLINE TO RESPOND TO COMPLAINT**<br><br>**(First Request)** |

**THIS STIPULATION** is entered into by and between Defendant Barclays Bank Delaware ("Barclays") and Plaintiff Cindy Kalani ("Kalani," and together with Barclays, the "Parties"), by and through their respective counsel of record, pursuant to Federal Rule of Civil Procedure 6(b)(1)(A) and Local Rule IA 6-1, to extend Barclays' deadline to respond to Plaintiff's Complaint from February 2, 2026 until March 2, 2026 based on the following:

1. This is the first request for an extension of time for Barclays to respond to Plaintiff's Complaint.

2. On January 6, 2026, Kalani filed a Complaint with this Court [ECF No. 1].

STIPULATION TO EXTEND BARCLAYS BANK DELAWARE'S DEADLINE TO RESPOND TO COMPLAINT

*8488 Rozita Lee Avenue, Suite 400*
*Las Vegas, NV 89113*

WOMBLE BOND DICKINSON

3. Kalani served Barclays' registered agent with the Complaint on January 11, 2026.

4. Based on the date of service of the Summons and Complaint, Barclays' current deadline to respond to the Complaint is February 2, 2026.

5. Barclays requests this extension to investigate all relevant matters, ascertain the veracity of the averments in Plaintiff's Complaint, analyze and ascertain any and all affirmative and other defenses, and otherwise submit a proper response to the Complaint.

6. This stipulation is in good faith and not for dilatory or other improper purpose.

NOW, THEREFORE, based on the foregoing and subject to Court approval, the Parties agree as follows:

The Parties stipulation and agree to extend the deadline for Barclays to respond to the Complaint, up to and including March 2, 2026.

**IT IS SO STIPULATED**

DATED this 28th day of January, 2026.

| **WOMBLE BOND DICKINSON (US) LLP** | **FREEDOM LAW FIRM, LLC** |
|---|---|
| By: /s/ Anona Su | By: /s/ Gerardo Avalos |
| J Christopher Jorgensen, Esq. | Gerardo Avalos, Esq. |
| Nevada Bar No. 5382 | Nevada Bar No. 15171 |
| Anona Su, Esq. | George Haines, Esq. |
| Nevada Bar No. 16140 | Nevada Bar No. 9411 |
| 8488 Rozita Lee Avenue, Suite 400 | 8985 South Eastern Ave., Suite 100 |
| Las Vegas, NV 89113 | Las Vegas, NV 89123 |
| *Attorneys for Defendant Barclays Bank Delaware* | *Attorney for Plaintiff Cindy Kalani* |

The parties are advised to review and comply with the Court's Local Rules including, but not limited to, LR IA 6-2. Failure to do so in the future may result in denying submissions to the Court.

Notwithstanding the foregoing, the Stipulation to Extend the Deadline to Respond to the Complaint (ECF No. 10) is GRANTED.

Dated this 29th day of January, 2026.

UNITED STATES MAGISTRATE JUDGE

- 2 -

STIPULATION TO EXTEND BARCLAYS BANK DELAWARE'S DEADLINE TO
RESPOND TO COMPLAINT



8488 Rozita Lee Avenue, Suite 400
Las Vegas, NV 89113

WOMBLE BOND DICKINSON