HALL & EVANS, LLC
KURT R. BONDS, ESQ.
Nevada Bar #6228
MADISYN SCHAUS, ESQ.
Nevada Bar #17294
1160 North Town Center Dr., Suite 330
Las Vegas, NV 89144
Telephone: (702) 998-1022
nvefile@hallevans.com
schausm@hallevans.com
bondsk@hallevans.com
***Counsel for Defendant Trans Union LLC***

## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| CINDY KALANI,<br><br>                    Plaintiff,<br>v.<br><br>EQUIFAX INFORMATION SERVICES, LLC,<br>TRANS UNION, LLC, EXPERIAN<br>INFORMATION SOLUTIONS, INC.,<br>BARCLAYS BANK DELAWARE,<br>SYNCHRONY BANK d/b/a Old Navy DC<br>d/b/a American Eagle, DEPARTMENT<br>STORES NATIONAL BANK d/b/a Macys,<br>VERIZON WIRELESS SERVICES, LLC, and<br>AFFIRM, INC.<br><br>                    Defendants. | Case No.: 2:26-cv-00017-CDS-EJY<br><br>**DEFENDANT TRANS UNION, LLC'S UNOPPOSED MOTION FOR EXTENSION OF TIME TO ANSWER OR OTHERWISE RESPOND TO PLAINTIFF'S COMPLAINT** |

Defendant Trans Union, LLC ("Trans Union") hereby files its Unopposed Motion for Extension of Time to Answer or Otherwise Respond to Plaintiff's Complaint (the "Motion") and in support states:

1.      Trans Union's current deadline to answer or otherwise respond to Plaintiff's Complaint is January 30, 2026.

2.      Counsel for Trans Union communicated with Plaintiff's counsel regarding the requested extension of the deadline to file a response to the Complaint, and Plaintiff's counsel

KRB/

agreed to a 14-day extension, up to and including February 13, 2026.

3.      Good cause exists for Trans Union's request for an extension to file its answer or otherwise respond to the Complaint.  Trans Union needs additional time to locate and assemble the documents and information relating to Plaintiff's credit file and any dispute(s) submitted by Plaintiff.  In addition, Trans Union's counsel needs additional time to review Trans Union's documents and information and to respond to the allegations in the Complaint.

4.      Further, the added time afforded by the extension will also enable Plaintiff and Trans Union to fully explore an early settlement, potentially obviating the need for further use of court time and resources.

5.      The Motion is not for delay.

6.      This is Trans Union's first extension of time and the requested extension does not prejudice the parties.

7.      For the foregoing reasons, Plaintiff requests that the Court issue an order  extending the date, to February 13, 2026, on which TransUnion must answer or otherwise respond to Plaintiff's Complaint.

Dated this 29th day of January 2026.

**HALL & EVANS, LLC**

IT IS SO ORDERED.

_/s/ Kurt R. Bonds_
KURT R. BONDS, ESQ.
Nevada Bar #6228
MADISYN SCHAUS, ESQ.
Nevada Bar #17294
1160 North Town Center Dr., Suite 330
Las Vegas, NV 89144
Telephone: (702) 998-1022
nvefile@hallevans.com
schausm@hallevans.com
bondsk@hallevans.com
_Counsel for Defendant Trans Union LLC_

_____
U.S. MAGISTRATE JUDGE

Date:  January 30, 2026

2

KRB/