Erica J. Stutman (#10794)
SNELL & WILMER L.L.P.
1 E. Washington St., Suite 2700
Phoenix, Arizona 85004-2556
Telephone: 602.382.6000
Facsimile: 602.382.6070
estutman@swlaw.com

*Attorney for Defendant Synchrony Bank*

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| Cindy Kalani,<br><br>    Plaintiff,<br><br>  v.<br><br>Equifax Information Services LLC; Trans Union LLC; Experian Information Solutions, Inc.; Barclays Bank Delaware; Synchrony Bank *dba* Old Navy DC and America Eagle; Department Stores National Ban *dba* Macys; Verizon Wireless Services, LLC and Affirm, Inc.,<br><br>    Defendants. | Case No. 2:26-cv-00017-CDS-EJY<br><br>**STIPULATION FOR EXTENSION OF TIME FOR DEFENDANT SYNCHRONY BANK TO RESPOND TO PLAINTIFF'S COMPLAINT**<br><br>**(FIRST REQUEST)**<br><br>(Assigned to Hon. Youchah) |

Pursuant to LR IA 6-1, Plaintiff Cindy Kalani ("Plaintiff") and Defendant Synchrony Bank ("Synchrony") hereby stipulate and request an Order from the Court extending the deadline for Synchrony to answer or otherwise respond to Plaintiff's Complaint from January 30, 2026 to February 27, 2026.

The Complaint was filed on January 6, 2026 and Synchrony was served on January 9, 2026 in the state of California. Synchrony and its counsel need additional time to evaluate the allegations set forth in the Complaint in order to prepare a meaningful response. To that end, the parties have agreed that Synchrony can have an additional 28 days to file its responsive pleading or otherwise respond to the Complaint, until February 27, 2026. This is the first request for an extension and is not sought for purposes of delay, but to allow Synchrony's counsel time to properly prepare a responsive pleading. Plaintiff's counsel agrees to Synchrony's requested extension.

For the foregoing reasons, Plaintiff and Synchrony respectfully request that the Court grant this stipulation

**IT IS SO ORDERED** this 2nd day of ___February___ 2026.

_____
ELAYNA J. YOUCHAH
UNITED STATES MAGISTRATE JUDGE

DATED: January 29, 2026                    SNELL & WILMER L.L.P.


By: *s/Erica J. Stutman*
   Erica J. Stutman
   *Attorney for Defendant Synchrony Bank*


FREEDOM LAW FIRM, LLC


By: *s/Gerardo Avalos* (with permission)
   Gerardo Avalos
   *Attorney for Plaintiff Cindy Kalani*

- 2 -