Erica J. Stutman (#10794)
SNELL & WILMER L.L.P.
1 E. Washington St., Suite 2700
Phoenix, Arizona 85004-2556
Telephone:  602.382.6000
Facsimile:  602.382.6070
estutman@swlaw.com

*Attorney for Defendant Synchrony Bank*

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| Cindy Kalani, | Case No. 2:26-cv-00017-CDS-EJY |
| Plaintiff, | **STIPULATION FOR EXTENSION OF TIME FOR DEFENDANT SYNCHRONY BANK TO RESPOND TO PLAINTIFF'S COMPLAINT** |
| v. | |
| Equifax Information Services LLC; Trans Union LLC; Experian Information Solutions, Inc.; Barclays Bank Delaware; Synchrony Bank *dba* Old Navy DC and America Eagle; Department Stores National Bank *dba* Macys; Verizon Wireless Services, LLC and Affirm, Inc., | **(SECOND REQUEST)** |
| | (Assigned to Hon. Youchah) |
| Defendants. | |

Pursuant to LR IA 6-1, Plaintiff Cindy Kalani ("Plaintiff") and Defendant Synchrony Bank ("Synchrony") hereby stipulate and request an Order from the Court extending the deadline for Synchrony to answer or otherwise respond to Plaintiff's Complaint from February 27, 2026 to March 20, 2026.

The Complaint was filed on January 6, 2026 and Synchrony was served on January 9, 2026 in the state of California. To allow time to evaluate the allegations, Synchrony obtained a first extension to respond to the Complaint until February 27, 2026.

This is Synchrony's second request for an extension to respond to the Complaint to allow counsel time to discuss the matter and possible resolution. This extension is not sought for purposes of delay and Plaintiff's counsel agrees to Synchrony's requested extension.

For the foregoing reasons, Plaintiff and Synchrony respectfully request that the Court grant this stipulation

**IT IS SO ORDERED** this 26th day of ___February___ 2026.

_____
ELAYNA J. YOUCHAH
UNITED STATES MAGISTRATE JUDGE

DATED: February 26, 2026.                    SNELL & WILMER L.L.P.


By: *s/Erica J. Stutman*
   Erica J. Stutman
   *Attorney for Defendant Synchrony Bank*


FREEDOM LAW FIRM, LLC


By: *s/Gerardo Avalos* (with permission)
   Gerardo Avalos
   *Attorney for Plaintiff Cindy Kalani*

SNELL & WILMER

- 2 -