George Haines, Esq.
Nevada Bar No. 9411
Gerardo Avalos, Esq.
Nevada Bar No. 15171
**FREEDOM LAW FIRM, LLC**
8985 South Eastern Ave., Suite 205
Las Vegas, NV 89123
ghaines@freedomlegalteam.com
gavalos@freedomlegalteam.com
Phone: (702) 880-5554
FAX: (702) 385-5518
*Attorneys for Plaintiff Cindy Kalani*

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| Cindy Kalani,<br><br>             Plaintiff<br><br>  v.<br><br>Equifax Information Services LLC; Trans Union LLC; Experian Information Solutions, Inc.; Barclays Bank Delaware; Synchrony Bank *dba* Old Navy DC and American Eagle; Department Stores National Bank *dba as* Macys; Verizon Wireless Services, LLC and Affirm, Inc.,<br><br>             Defendants | Case No.: 2:26-cv-00017-CDS-EJY<br><br>**Stipulation of dismissal of all claims between Plaintiff Department Stores National Bank *dba as* Macys with prejudice** |

_____

STIPULATION

Pursuant to Rule 41(a) of the Federal Rules of Civil Procedure, Cindy Kalani and Citibank, N.A. as successor by merger to Department Stores National Bank stipulate to dismiss all claims between Plaintiff and Citibank, N.A. with prejudice.

Each party will bear its own costs, disbursements, and attorney fees.

Dated: May 15, 2026.

**FREEDOM LAW FIRM**

/s/ *Gerardo Avalos*
George Haines, Esq.
Gerardo Avalos, Esq.
8985 S. Eastern Ave., Suite 205
Las Vegas, Nevada 89123
*Counsel for Plaintiff*

**BALLARD SPAHR LLP**

/s/ *Abran E. Vigil*
Abran E. Vigil, Esq.
1980 Festival Plaza Drive, Suite 900
Las Vegas, Nevada 89135
*Counsel for Citibank, N.A. as successor by*
*Merger to Department Stores National Bank*

Based on the parties' stipulation, Citibank, N.A. as successor by merger to Department Stores National Bank is dismissed with prejudice, with each party to bear its own costs and fees.

_____
UNITES STATES DISTRICT JUDGE

DATED: ___May 18, 2026_____

_____
STIPULATION                    - 2 -