George Haines, Esq.
Nevada Bar No. 9411
Gerardo Avalos, Esq.
Nevada Bar No. 15171
**FREEDOM LAW FIRM, LLC**
8985 South Eastern Ave., Suite 205
Las Vegas, NV 89123
ghaines@freedomlegalteam.com
gavalos@freedomlegalteam.com
Phone: (702) 880-5554
FAX: (702) 385-5518
*Attorneys for Cindy Kalani*

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| Cindy Kalani, | Case No.: 2:26-cv-00017 |
| Plaintiff, | |
| v. | **Unopposed Motion for Extension of Time to File Dismissal Documents** |
| Equifax Information Services LLC; Trans Union LLC; Experian Information Solutions, Inc.; Barclays Bank Delaware; Synchrony Bank *dba* Old Navy DC and American Eagle; Department Stores National Bank *dba as* Macys; Verizon Wireless Services, LLC and Affirm, Inc., | |
| Defendants. | |

The dispute between Cindy Kalani ("Plaintiff") and Equifax Information Services LLC ("Defendant") (together as the "Parties") has been resolved.

On April 22, 2026, Plaintiff filed a Notice of Settlement and requested 60 days to file dismissal documents. ECF No. 55.

Accordingly, Plaintiff, by and through counsel, hereby submits this

---

STIPULATION                                          - 1 -

Unopposed Motion for Extension of Time to File Dismissal Documents.

The parties have reached settlement terms, and the settlement agreement is awaiting final approval and signatures. Once the settlement agreement is finalized, Plaintiff will dismiss the claims against Defendant with Prejudice.

Plaintiff requests, and Defendant does not oppose the request, that all pending dates and filing requirements as to Plaintiff and Defendant continue to be vacated and that the Court allow the parties an additional 30 days, until on or before **July 22, 2026**, to file dismissal documents.

Dated: June 22, 2026.

Respectfully submitted,

**FREEDOM LAW FIRM**

 /s/ *Gerardo Avalos*
George Haines, Esq.
Gerardo Avalos, Esq.
8985 S. Eastern Ave., Suite 205
Las Vegas, Nevada 89123
*Counsel for Cindy Kalani*

IT IS SO ORDERED:

_____
U.S. MAGISTRATE JUDGE

DATED:___June 23, 2026_____

STIPULATION                      - 2 -